**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RALPH L. TAYLOR, III.,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION 07-0768-KD-B** |
| | * | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of**<br>**Social Security,** | * | |
| | * | |
| | * | |
| | * | |
| **Defendant.** | * | |

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 28, 2009, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 4th day of September, 2009.


<u>**s/Kristi K. DuBose**</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**