IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RALPH L. TAYLOR, III.,** | \* |
| **Plaintiff,** | \* |
| vs. | \*   CIVIL ACTION 07-0768-KD-B |
| **MICHAEL J. ASTRUE,** **Commissioner of** **Social Security,** | \* |
| **Defendant.** | \* |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objection filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 19, 2009, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 9th day of December, 2009.

s/Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE