```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

RALPH TAYLOR, III,              *
                                *
    Plaintiff,                  *
                                *
vs.                             *   CIVIL ACTION 07-00768-KD-B
                                *
MICHAEL J. ASTRUE,              *
Commissioner of Social Security,*
                                *
    Defendant.                  *

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner is authorized to receive **$20,168.25** as a fee for services rendered before this Court, said amount representing the remaining balance of twenty-five percent (25%) of the total past-due benefits awarded Plaintiff.

Additionally, Petitioner is hereby **DIRECTED** to disburse to Plaintiff the sum of **$4,0000.00,** which was previously awarded pursuant to the Equal Access to Justice Act.

**DONE** this the 10th day of May, **2012.**

                    s/ Kristi K. DuBose
                    KRISTI K. DuBOSE
                    UNITED STATES DISTRICT JUDGE